GUSTIN v. NEW ALBANY RAIL-MILL CO. et al.

(Circuit Court of Appeals, Seventh Circuit.   October 27, 1892.)

1 PATENTS FOR INVENTIONS — DEVICE FOR CARRYING RAILROAD RAILS — AN-
TICIPATION.
The first and second claims of reissued letters patent No. 7,898, (original
No. 190,211, dated May 1, 1887,) "for improvement in apparatus for carrying
railroad rails," whereby the upper surface of the carrier is arranged at or
below the level of the bed, and provided with projecting catches in combi-
nation with the bed, the driving chains, and the guide rails, are anticipated
by the patent to White and Wostenholm, March 19, 1872, No. 124,687.   47
Fed. Rep. 508, affirmed.

2. SAME.
The third claim of said letters patent, in reference to "the combination
with an endless chain, B, subject to expansion by hot rails of a pulley, b, ar-
ranged in a side bearing, d, held by a movable weight," is void, in view of
the prior art, and anticipated by the patent to S. E. Jewett, June 9, 1874, No.
151,705, showing a movable pulley controlled by a weight at the end of a
chain.   47 Fed. Rep. 508, affirmed.

Appeal from the Circuit Court of the United States for the District
of Indiana.

In Equity.   Suit by Andrew J. Gustin against the New Albany
Rail-Mill Company and others for infringement of patent.   Bill dis-
missed.   Complainant appeals.   Affirmed.

J. H. Raymond, for appellant.
A. Lynch Mason, for appellees.

Before GRESHAM and JENKINS, Circuit Judges, and BUNN, Dis-
trict Judge.

PER CURIAM.   The decree appealed from is affirmed, upon the
grounds stated in the opinion of the court below, reported in 47
Fed. Rep. 508.

---

P. P. MAST & CO. v. RUDE BROS. MANUF'G CO.

(Circuit Court of Appeals, Seventh Circuit.   October 12, 1892.)

No. 18.

1. PATENTS FOR INVENTIONS—NOVELTY—CULTIVATORS.
Letters patent No. 354,717, issued December 21, 1886, to P. P. Mast, for an
improvement in cultivators, consisting in the construction of couplings by
which the beams and alignment rods are connected with the axle, and in the
construction of the beam brackets and crossheads which carry the shovel
standards at the point where the brackets and standards join, so as to main-
tain the alignment between the shovels and the axle, irrespective of a change
in the lateral position of the shovel beams, are void for want of novelty.

2. SAME.
Letters patent No. 237,740, issued February 15, 1881, to C. O. Gardiner and
W. C. Downey, for a cultivator in which the drag bars are coupled to a
wheeled frame, and arranged to swing vertically and laterally, are void for
want of novelty.

Appeal from the Circuit Court of the United States for the District of
Indiana.